A CERTIFIED TRUE COPY
ATTEST
By Tarrell L. Littleton on Jan 25, 2010
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JAN 2 5 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 08, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                          MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 169 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 25, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court - Southern District of Illinois
By [signature]
Deputy Clerk
Date 1/26/10

Case 3:10-cv-20050-DRH-PMF   Document 11   Filed 02/01/10   Page 2 of 3   Page ID #75
Case 3:09-md-02100-DRH-PMF   Document 464   Filed 01/25/10   Page 2 of 3

Page 1 of 2

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                            MDL No. 2100

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

ALABAMA NORTHERN
  ALN  2   09-2476         Penny Simpson v. Bayer Corp., et al.         10-20046

CALIFORNIA CENTRAL
  ~~CAC  2   09-9154~~         ~~Rindy Andrews v. Bayer Corp., et al.~~   Opposed 1/13/10

CALIFORNIA NORTHERN
  CAN  3   09-5660         Mary R. Prelle v. Bayer Corp., et al.        10-20047
  CAN  3   09-5708         Roxanne Foster v. Bayer Corp., et al.        10-20048
  CAN  3   09-5710         Elizabeth Heyne v. McKesson Corp., et al.    10-20049
  ~~CAN  3   09-5902~~        ~~Lekecia C. Milam v. Bayer Corp., et al.~~   Opposed 1/11/10
  CAN  3   09-5906         Mary Rasmussen v. McKesson Corp, et al.      10-20050

COLORADO
  CO   1   09-2869         Keeli Anthony v. Bayer Corp., et al.         10-20051
  CO   1   09-2880         Michele Lambert, et al. v. Bayer Corp., et al.  10-20052

FLORIDA SOUTHERN
  FLS  9   09-82441        Jodi S. Corn v. Bayer Corp., et al.          10-20053

HAWAII
  HI   1   09-595          Bonnie Horibata, et al. v. Bayer Corp., et al.  10-20054

IOWA NORTHERN
  IAN  1   09-188          Adrienne Cechura, et al. v. Bayer Corp., et al.  10-20055

ILLINOIS NORTHERN
  ILN  1   09-7827         Lacey Dawn Angel v. Bayer Corp., et al.      10-20056

MINNESOTA
  MN   0   09-3556         Peggy Cruz v. Bayer Corp., et al.            10-20057
  MN   0   09-3652         Christie Johnson v. Bayer Corp., et al.      10-20058
  MN   0   09-3653         Maricela Jacobson v. Bayer Corp., et al.     10-20059
  MN   0   09-3654         Michelle Nielsen v. Bayer Corp., et al.      10-20060
  MN   0   09-3655         Linda Smith v. Bayer Corp., et al.           10-20061
  MN   0   09-3656         JoAnna Milius v. Bayer Corp., et al.         10-20062
  MN   0   09-3657         Holly Fulkerson v. Bayer Corp., et al.       10-20063
  MN   0   09-3658         Tyla Cornell v. Bayer Corp., et al.          10-20064
  MN   0   09-3659         Melissa Collier v. Bayer Corp., et al.       10-20065

Case 3:10-cv-20050-DRH-PMF   Document 11   Filed 02/01/10   Page 3 of 3   Page ID #76
Case 3:09-md-02100-DRH-PMF   Document 464   Filed 01/25/10   Page 3 of 3

Page 2 of 2

## MDL No. 2100 - Schedule CTO-11 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **NEW JERSEY** <br> NJ  2  09-6201 | Adelina Olsen v. Bayer Corp., et al. | 10-20066 |
| **NEW YORK SOUTHERN** <br> NYS 1  09-10205 | Sandi Cash, et al. v. Bayer Corp., et al. | 10-20067 |
| **OHIO NORTHERN** <br> OHN 1  09-2788 | Camellia Stapley, et al. v. Bayer Corp., et al. | 10-20068 |
| **TENNESSEE EASTERN** <br> TNE 1  09-307 | Melissa Wallace v. Bayer Corp., et al. | 10-20069 |
| **UTAH** <br> UT  1  09-182 | Dustin Francis, et al. v. Bayer Corp., et al. | 10-20070 |