UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Mary Rasmussen v. McKesson Corporation, et al.*   No. 10-cv-20050-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 12, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Digitally signed by **Deputy Clerk**
David R. Herndon
Date: 2015.06.15
11:27:55 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT